[No. 12673-3-I.   Division One.   June 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WESLEY
JOHN DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-02657-5, Stanley Stone, J. Pro Tem.,
entered November 17, 1983. *Dismissed* by unpublished per
curiam opinion.

[No. 5027-1-III.   Division Three.   June 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
EUGENE DUNCAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81-1-00573-1, Philip J. Thompson, J.,
entered February 3, 1982. Motion to modify commissioner's
ruling *denied* by unpublished per curiam opinion.

[No. 4531-5-III.   Division Three.   June 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
MAHANEY, *Appellant.*

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 6902, B. E. Kohls, J., entered April 6,
1981. *Affirmed* by unpublished opinion per McInturff, J.,
concurred in by Munson, A.C.J., and Green, J.

[No. 10317-2-I.   Division One.   June 27, 1983.]

DOUGLAS M. ALBEE, ET AL, *Respondents,* v. JOHN
DANIELS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for What-
com County, No. 80-2-00960-1, Marshall Forrest, J.,
entered May 15, 1981. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Andersen, C.J., and Corbett, J.